IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IMPERIAL SUGAR COMPANY AND )
IMPERIAL SUGAR COMPANY )
RETIREMENT AND WELFARE PLANS )
COMMITTEE )
)
       Plaintiffs, )
) Civil Action
v. )
) Case No. 4:11-cv-00248-WTM-GRS.
)
ESTATE OF WILLIE E. BURNETT, JR., )
BETTY LOADHOLT, MARY R. BURNETT, )
JACQUELYN H. BURNETT, JOYCE )
BURNETT, EARL SIMMONS, KENDRA )
MOULTRIE, VALARIE BURNETT, )
VANESSA BURNETT, AND BEVERLY )
MERRIMAN )

       Defendants.

## ORDER

On December 22, 2011, Plaintiffs Imperial Sugar Company and Imperial Sugar Company Retirement and Welfare Plans Committee filed a Motion to Drop Earl Simmons and Beverly Merriman as Defendants and Memorandum in Support (Dkt. 20). This Court, having considered the Motion and its supporting memorandum, hereby grants Plaintiffs' Motion. Earl Simmons and Beverly Merriman shall be removed as defendants from the case caption.

IT IS SO ORDERED this _6Th_ of February, 2012.

                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA