FILED
U.S. DISTRICT COURT
SAVANNAH
2013 FEB 25 PM 2:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IMPERIAL SUGAR COMPANY and )
IMPERIAL SUGAR COMPANY )
RETIREMENT AND WELFARE PLANS )
COMMITTEE, )
)
Interpleader Plaintiffs, )
)
v. ) CASE NO. CV411-248
)
ESTATE OF WILLIE E. BURNETT, )
JR., BETTY LOADHOLT, MARY R. )
BURNETT, JACQUELYN H. )
BURNETT, JOYCE BURNETT, )
KENDRA MOULTRIE, VALARIE )
BURNETT, and VANESSA BURNETT, )
)
Interpleader Defendants. )
)

## O R D E R

Before the Court is Defendant Mary Burnett's Motion for Reconsideration. (Doc. 29.) On August 8, 2012, the Court denied a "Motion for Telephonic Status Conference" and indicated that there was not a compelling reason to hold a status conference. (Doc. 28.) Because the circumstances have not changed since that time, there is nothing to reconsider and Defendant Mary Burnett's motion is **DENIED**. Moreover, the Court has been advised by Plaintiffs that there are outstanding tax issues with regards to the retirement fund at issue in this case. Should Plaintiffs desire to seek interpleader relief—

including any deposits to the Court—they must do so by motion pursuant to the Federal Rules of Civil Procedure and any applicable local rules.

SO ORDERED this 25th day of February 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA