UNITED DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IMPERIAL SUGAR COMPANY AND IMPERIAL SUGAR COMPANY RETIREMENT AND WELFARE PLANS COMMITTEE,<br><br>PLAINTIFFS<br><br>VS.<br><br>ESTATE OF WILLIE E. BURNETT, JR., BETTY LOADHOLT, MARY R. BURNETT, JACQUELYN H. BURNETT, JOYCE BURNETT, KENDRA MOULTRIE, VALARIE BURNETT, AND VANESSA BURNETT,<br><br>DEFENDANTS<br><br>MARY R. BURNETT,<br><br>CROSS CLAIMANT,<br>VS.<br><br>BETTY LOADHOLT, AND JACQUELYN H. BURNETT,<br><br>CROSS- DEFENDANTS, | CASE NO.: CV411-248 |

## ORDER

On May 29, 2013, Plaintiffs Imperial Sugar Company and Imperial Sugar Company Retirement and Welfare Plans Committee filed a Notice of Settlement and Request for Stay of All Pending Deadlines (Dkt. 40). This Court, having considered the Request, hereby grants Plaintiffs' request to stay all deadlines. The parties have sixty (60) days from the date of this

Order to file a Joint Stipulation of Dismissal with Prejudice. This Order is effective immediately.

IT IS SO ORDERED this 18TH of July, 2013.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA